UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      Thomas Dooner,           :      Chapter 13
                  Debtor             :      Case No. 16-16432-elf

ORDER

      **AND NOW**, this __13th__ day of ____October____, 2016, upon consideration of The Delaware County Tax Claim Bureau's Motion for Relief from the Automatic Stay and after the opportunity for a response thereto and a hearing thereon, it is hereby **ORDERED** that the Motion for Relief from the Automatic Stay is hereby **GRANTED** and the Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. §362 is modified with respect to the real property located at 400 Essex Road, Norwood, Pennsylvania, bearing Folio No.: 31-00-00440-00, as to allow the Movant to sell said real property at the next County Tax Sale and to take any legal or consensual action for enforcement of its right to such sale; and it is further

      **ORDERED** that if this Order is recorded in compliance with applicable state laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this Title purporting to affect the Property filed within two (2) years from the date of this Order and said filing shall not trigger the automatic stay under 11 U.S.C. §362(a) as to the real property located at 400 Essex Road, Norwood, Pennsylvania, bearing Folio No.: 31-00-00440-00, unless the debtor(s) in that subsequent case obtains a further Order of this court, based upon changed circumstances or for good cause shown, to implement the Automatic Stay provisions of 11 U.S.C. §362; and it is further

      **ORDERED** that Rule 4001(a)(3) is not applicable and the Delaware County Tax Claim Bureau may immediately enforce and implement this Order granting relief from the automatic stay.

**Order entered by default.**

_____
**CHIEF JUDGE ERIC L. FRANK,**
**UNITED STATES BANKRUPTCY JUDGE**