# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter   13 |
| | : | |
| Thomas Dooner | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-16432 |

### ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated 09/28/2016, this case is hereby DISMISSED.

**Date: October 19, 2016**

_____
ERIC L. FRANK
Chief United States Bankruptcy Judge

Missing Documents:

    Attorney Disclosure Statement
    Chapter 13 Plan
    Schedules A/B-J
    Statement of Financial Affairs
    Summary of Assets & Liabilities